# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

159627 & (96)(97)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF WARREN,
      Plaintiff-Appellee,

v

ANTHONY HOTI,
      Defendant-Appellant.

SC: 159627
COA: 346148
Macomb CC: 2018-000121-AR

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 27, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *City of Warren v Marjana Hoti* (Court of Appeals Docket No. 346152). After *City of Warren v Marjana Hoti* is decided, the Court of Appeals shall reconsider this case in light of that case. The motion to expand record is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk

t0311